UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
J.G., by and through her parent and next friend, F.B., et al.,

        Plaintiffs,

-against-

RICHARD MILLS, et al.,

        Defendants.
------------------------------------------------------------ X

04-CV-5415 (ARR)(SMG)

<u>AMENDED ORDER</u>

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated December 28, 2010 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Edwards v. Town of Huntington</u>, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); <u>McKoy v. Henderson</u>, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error.

Pursuant 28 U.S.C. § 636(b)(1), I hereby adopt Judge Gold's recommendation that plaintiffs' motions for intervention and class certification be granted. At defendants' request and with plaintiffs' consent, I will hold plaintiffs' motions for preliminary approval of settlement and for notice and hearing in abeyance until after February 11, 2011.

SO ORDERED.

1

s/ ARR

Allyne R. Ross
United States District Judge

Dated: January 21, 2011
　　　　Brooklyn, New York